IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

GEOFFREY T. MOTT,                                        CASE NO: 9:24-cv-80821-xxxx

Plaintiff

v.

INLET PLAZA CONDOMINIUM
ASSOCIATION, INC., a Florida corporation,
RONALD EARLY, individually,
ROGER BRINNER, individually,
DOUGLAS WAYNE SABRA, individually,
ROBERT CULLEN, and ANNE McCARTHY,
individually.

Defendants.
                                                    /

## **NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, GEOFFREY T. MOTT, by and through his undersigned counsel, and pursuant

to Federal Rules of Civil Procedure 41(a), hereby gives notice that this action is voluntarily

dismissed, without prejudice.

Respectfully Submitted this 1st day of October 2024.

NEXTERRA LAW
*Counsel for Plaintiff*
1680 Michigan Avenue, Suite 700 # 182
Miami Beach, FL 33139
Tel: (954) 929-0679
Fax: (888) 632-4944
sliberty@nexterralaw.com
service@nexterralaw.com

By:     /s/ Eric A. Jacobs
        Eric A. Jacobs, Esq.
        Fla. Bar No.: 189065